FILED: May 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4662
(1:13-cr-00120-CCE-1)
_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

OTIS EUGENE BURNS,

       Defendant – Appellant.

_____

O R D E R
_____

       The court directs each party to file a supplemental brief, not to exceed 5 pages, on the following issue:

       By disputing that he possessed the mental state necessary to commit the cross-referenced (but uncharged) offense of attempted murder, did the appellant dispute "relevant conduct" such that the district court properly denied him credit for acceptance of responsibility?

The supplemental briefs shall be filed in the clerk's office by May 22, 2014.

The court directs that this case be scheduled for the next available oral argument session.

For the Court

/s/ Patricia S. Connor, Clerk