FILED: September 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4662

(1:13-cr-00120-CCE-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

OTIS EUGENE BURNS

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion for authorization of funding under the Criminal Justice Act, the court grants the motion and authorizes $798.70 for copying the petition for writ of certiorari that was filed May 14, 2015 in the Supreme Court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk